# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ESTECH SYSTEMS IP, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00482-JRG-RSP |
| | § | (LEAD CASE) |
| CARVANA, LLC, | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Estech Systems, IP, LLC ("Plaintiff") and 99 Cents Only Stores, LLC and 99 Cents Only Stores Texas, Inc. ("Defendants"). (Dkt. No. 407.) In the Motion, the parties represent that they have resolved all claims and counterclaims asserted in Member Case No. 2:22-CV-006 and request dismissal of that action with prejudice. (*Id.* at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and counterclaims between Plaintiff and Defendants are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief between the parties not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:22-CV-006 as no parties or claims remain, and **MAINTAIN AS OPEN** the above-captioned Lead Case.

**So ORDERED and SIGNED this 12th day of May, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE